

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 14, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MEAT U ANYWHERE GRAPEVINE, | § | Case No. 25-43503 |
| LLC, *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

### ORDER DENYING MOTION TO EXTEND TIME FOR THE REMOVAL OF ACTIONS

CAME ON FOR HEARING on January 14, 2026, the *Debtors' Motion for Entry of an Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure* [Docket No. 126] (the "**Motion**") filed the Debtors in this jointly-administered case.

Based upon the opinion of *Tiburon Land and Cattle, LP v. Stephens*, No. 4:24-CV-01106-P, 2025 WL 2076637 (N.D. Tex. July 23, 2025), which determined that the removal procedures and deadlines of 28 U.S.C. § 1446, as opposed to the removal procedures and deadlines of Fed. R. Bankr. P. 9027, govern the removal of claims and causes of action pursuant to 28 U.S.C. § 1452(a), the Court is unable to provide the extension relief sought. Therefore, it is hereby:

**ORDERED** that the Motion is DENIED.

# # #  END OF ORDER  # # #